| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Inverse Medical Inc, a New Mexico LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | 25-10888-7 |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS / Bankruptcy Unit**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **8316**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Tax**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes |  | Unknown | Unknown |
| 2.2 | Priority creditor's name and mailing address<br>**NM Tax & Revenue Department**<br>**Bankruptcy Unit**<br>**P.O. Box50129**<br>**Albuquerque, NM 87181-0129**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **8316**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**State Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes |  | Unknown | Unknown |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of 3
47234
Case 25-10888-j7    Doc 50    Filed 10/10/25    Entered 10/10/25 13:14:44 Page 1 of 3

Debtor  **Inverse Medical Inc, a New Mexico LLC**    Case number (if known) **25-10888-7**

---

**3.1** Nonpriority creditor's name and mailing address
Century Bank
100 South Federal Place
Santa Fe, NM 87501

Date(s) debt was incurred __
Last 4 digits of account number **8208**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **(1) Loan
(2) Line of credit**

Is the claim subject to offset? ■ No ☐ Yes

**$19,500.00**

---

**3.2** Nonpriority creditor's name and mailing address
Chase Bank
P.O. Box 6294
Carol Stream, IL 60197

Date(s) debt was incurred **2025**
Last 4 digits of account number **1900**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$72,342.00**

---

**3.3** Nonpriority creditor's name and mailing address
COMCAST Business
4904 Alameda Blvd NE, Suite B
Albuquerque, NM 87113-2385

Date(s) debt was incurred **May 17, 2025 - June 16, 2025**
Last 4 digits of account number **1290**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Internet Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4** Nonpriority creditor's name and mailing address
Empass Healthcare
609 Greenwich Street, Suite 5
New York, NY 10014

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Office Furniture Rental**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5** Nonpriority creditor's name and mailing address
First Citizens Bank
21146 Network Place
Chicago, IL 60673

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **5 five vans (subsequently repossessed more than one year ago)**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6** Nonpriority creditor's name and mailing address
McKesson Medical-Surgical
9954 Maryland Drive, Suiote 4000
Henrico, VA 23233

Date(s) debt was incurred **3/12/24**
Last 4 digits of account number **7521**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **One box Comiraty 2023-24, COVID-19 MR PO Ln1**

Is the claim subject to offset? ■ No ☐ Yes

**$1,151.59**

---

**3.7** Nonpriority creditor's name and mailing address
NATC fbo Edward Warwick Account c/o
Allworth Financial
7601 Jefferson Street NE, Suite 360
Albuquerque, NM 87109

Date(s) debt was incurred **4/1/25 - 5/1/25**
Last 4 digits of account number **3464**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$93,337.16**

---

| Debtor | Inverse Medical Inc, a New Mexico LLC | Case number (if known) | 25-10888-7 |
|---|---|---|---|

| 3.8 | Nonpriority creditor's name and mailing address<br>Natl Adv Tr FSB, Suc Ttee G. Mulhern Tru<br>Land Lord: Joe Kopczynski<br>7601 Jefferson Street NE, Suite 360<br>Albuquerque, NM 87109<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Leased Space<br>Is the claim subject to offset? ■ No ☐ Yes | $93,337.16 |
|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address<br>Robert Krause<br>127 Ventura Road<br>Belen, NM 87002<br>Date(s) debt was incurred 9-20-24<br>Last 4 digits of account number N/A | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Convertible Promissory Note Purchase Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | $100,000.00 |
| 3.10 | Nonpriority creditor's name and mailing address<br>SBA<br>P.O. Box 156059<br>Fort Worth, TX 76155<br>Date(s) debt was incurred 2020<br>Last 4 digits of account number 7907 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: SBA - small business loan<br>Is the claim subject to offset? ■ No ☐ Yes | $120,000.00 |
| 3.11 | Nonpriority creditor's name and mailing address<br>Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.12 | Nonpriority creditor's name and mailing address<br>Thermotek Inc.<br>1200 Lakeside Parkway, Bldg 2<br>Flower Mound, TX 75028<br>Date(s) debt was incurred May 16, 2024<br>Last 4 digits of account number Unknown | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Medical Supplies<br>Is the claim subject to offset? ■ No ☐ Yes | $5,910.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 505,577.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 505,577.91 |

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 3 of 3